IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 12-20093-01-CM-DJW |
| v. ) | |
| ) | |
| BRETT W. ELLIS, ) | |
| a/k/a Jesus Penis ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 5, 2011, in the District of Kansas, the defendant,

**BRETT W. ELLIS,**

did knowingly receive in interstate and foreign commerce, by means of a computer, visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, in that the defendant accessed internet web sites offering child pornography and downloaded images and movies from them. In violation of Title 18, United States Code, Section 2252(a)(2).

1

## COUNT 2

On or about March 29, 2011, in the District of Kansas, the defendant,

**BRETT W. ELLIS,**

did knowingly receive in interstate and foreign commerce, by means of a computer, visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, in that the defendant accessed internet web sites offering child pornography and downloaded images and movies from them. In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about April 20, 2011, in the District of Kansas, the defendant,

**BRETT W. ELLIS,**

did knowingly and intentionally possess one or more materials which contained visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct that had been mailed, shipped, and transported by any means including computer, in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## Forfeiture Allegation

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B) as set out in Counts 1, 2 and 3 of this Indictment, the defendant,

**BRETT W. ELLIS,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a)(3), any and all property used and intended to be used in any manner to commit and to promote the commission of such offenses and any property traceable to

such property, including but not limited to:

- One Toshiba model PRT800U, serial number Z9311344U with attached memory card;

- One Dell model PP11L, serial number H5914A03;

- One E Machine model W3107, serial number CCA5C50028426;

- One E Machine model EMONSTER500A, serial number QN29B11101122;

- One Western Digital 80 GB hard drive, serial number WCAM984516071;

- One Seagate Barracuda hard drive, serial number 3JT1VQDA;

- One Alltel Pocket PC, serial number HT601E610725 and associated SD 256 flashcard, 16B flash drive, 27 optical media; and

- One E Machine model W3506, serial number CRD6910003624.

This was all pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL.

DATED: July 12 2012              s/Foreperson
                                 FOREPERSON


  s/Kim I. Martin, #13407 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

## PENALTIES:

**Counts 1 & 2**  18 U.S.C. § 2252(a)(2) - Receipt/Distribution of Child Pornography

- NLT 5 years NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- NLT 15 years and NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

**Count 3**  18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

- NMT 10 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- NLT 10 years and NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee